UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANG XI<br>Petitioner,<br>v.<br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office; and CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br>Respondents. | Case No.: 3:25-CV-00175 TWR (SBC)<br>**ORDER (1) REQUIRING RESPONDENTS TO RESPOND TO PETITION AND (2) GRANTING IN PART MOTION FOR TEMPORARY RESTRAINING ORDER**<br>(ECF Nos. 1, 2) |

Presently before the Court is Petitioner Sang Xi's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion for Temporary Restraining Order ("TRO Mot.," ECF No. 2.) The Court **ORDERS** Respondents Kristi Noem, Secretary of the Department of Homeland Security, Pamela Jo Bondi, Attorney General, Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Jesus Rocha, Acting Field Office Director, San Diego Field Office; and Christopher LaRose, Warden at Otay

Mesa Detention Center, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no later than 5:00 p.m. on Monday, January 26, 2026. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 5:00 p.m. on Tuesday, January 20, 2025. Petitioner **MAY FILE** an optional Traverse in Support of his Petition, if any, no later than 5:00 p.m. on Monday, February 2, 2026. Additionally, the Court **SETS** an Order to Show Cause Hearing for Thursday, February 5, 2026, at 1:30 p.m. in Courtroom 14A.

As for Petitioner's Motion for Temporary Restraining Order (TRO Mot.), the Court **GRANTS IN PART** Petitioner's request and **TEMPORARILY RESTRAINS** Respondents from removing Petitioner to any country other than Vietnam while the Petition remains pending.

**IT IS SO ORDERED.**

Dated: January 14, 2026

Honorable Todd W. Robinson
United States District Judge